IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY GARCIA RODRIGUEZ, | |
| Plaintiff, | Case No. 25-cv-13109 |
| v. | |
| JOSEPH VECCHIO, NICU TOHATAN, MARIO FUENTES, AND CITY OF CHICAGO, | *Jury demanded.* |
| Defendants. | |

**COMPLAINT AT LAW**

NOW COMES Plaintiff TONY GARCIA RODRIGUEZ, by his attorney, LAW OFFICE OF JORDAN MARSH LLC, and complaining of the defendants, JOSEPH VECCHIO, NICU TOHATAN, MARIO FUENTES, and CITY OF CHICAGO, and states the following:

**JURISDICTION AND VENUE**

1. This action arises under the Constitution of the United States, particularly the Fourth Amendment to the Constitution of the United States, under the laws of the United States, particularly the Civil Rights Act, Title 42 of the United States Code, Sections 1983 and 1988, and under the laws of the State of Illinois.

2. The jurisdiction of this Court is invoked under the provisions of Title 28 of the United States Code, 1331 and 1343. Plaintiff also invokes the supplemental jurisdiction of this Court pursuant to Title 28 of the United States Code, Section 1367.

3. This Court has jurisdiction over this action pursuant to Title 28 of the United States Code §§ 1331 and 1367, as Plaintiff asserts claims under federal law and the state law claims arise out of the same facts as the Federal claims. Venue is proper under Title 28 of the United States Code, § 1391(b)(2), as the events complained of occurred within this district.

## PARTIES

4. At all times relevant herein, Plaintiff TONY GARCIA RODRIGUEZ ("Tony") was a resident of Hennepin County in Minnesota.

5. Defendants VECCHIO, TOHATAN and FUENTES ("Defendant Officers") are sued in their individual capacities and were at all times relevant, sworn tactical police officers employed by Defendant CITY OF CHICAGO, and were acting within the scope of their agency, service and/or employment with the CITY OF CHICAGO, and were acting under color of the statutes, ordinances, regulations, customs, and usages of the State of Illinois.

6. Defendant, CITY OF CHICAGO, is a government entity operating within the State of Illinois. The CITY OF CHICAGO is responsible for the actions of its employees while acting within the scope of their employment. At all times relevant to this action, CITY OF CHICAGO was the employer of Defendants VECCHIO, TOHATAN and FUENTES.

## FACTUAL ALLEGATIONS

7. On September 20, 2024, Tony was visiting Chicago, with several friends. At approximately 6:00 p.m., Tony was seated in the back seat on the driver's side of his friend's car, parked at or near 744 N. Clark Street, looking for a hotel location on his GPS, when Defendant Officers approached the vehicle.

8. Defendant Officer Vecchio requested the driver's license of Victor, Tony's friend, and stated that the vehicle was parked in a tow zone and that the windows were "way too dark."

9. Victor provided his identification to Officer Vecchio.

10. The Officers then instructed Tony and his friends to step out of the vehicle.

11. Officer Vecchio told Tony, "Pop, out man. You're not in trouble."

12. Tony and his friends complied with the Defendant Officers' orders.

13. Officer Vecchio asked Tony and his friends whether there were any weapons in the car. They all denied that there were any weapons in the car.

14. Despite there being no evidence that Tony was armed or otherwise posed a threat of violence, Officer Vecchio searched Tony immediately after he got out of the vehicle.

15. Officer Vecchio proceeded to search the driver's side of the car, where he located a plastic bag containing what appeared to be marijuana.

16. During this time, Defendant Tohatan was standing on the passenger side of the car with Tony's other two friends. He asked them if they knew the vehicle was in a tow zone and then instructed Officer Fuentes to get his ticket book and start writing a ticket. Officer Fuentes appeared to begin writing a ticket.

17. Vecchio then returned to speak with Tony and Victor, asking where they were from and whether Victor had a driver's license, as he had provided only an identification card. Victor responded that they were visiting from Minnesota and that his state ID card was the only identification he had.

18. Vecchio then stated, "You guys should be like super nice to me right now—like reasons why I shouldn't tow your car, cause we got several." Tony and Victor did not respond.

19. Vecchio continued, "We don't play around here. I mean, you're a visitor in the State of Illinois, right? You're not gonna come here and mess around. Neither is anyone else." Victor, visibly confused, responded that they were not messing around.

20. At that point, Officer Fuentes asked Tony and his friends who the marijuana belonged to and stated, "In Illinois, it's a misdemeanor to have it that way, so we can take you to jail and impound the car for that, alright."

21. Officer Vecchio then walked around the back of the vehicle toward the passenger side and remarked to Tony and his friends, "It's not just a big party, smoke weed, BS…" before resuming his search of the passenger seat area. Tony and his friends did not respond.

22. Vecchio returned to his squad car to run Victor's information.

23. Upon his return, Vecchio told Victor that his driver's license was suspended and asked Tony's other friend, Ernesto, whether he had a valid license. Ernesto said that he did.

24. Vecchio then addressed Tony and his friends and said, "So, should I give you guys a warning or… are you sorry? Look, if I went to Minnesota on vacation, I wouldn't be doing all this."

25. Tony appeared visibly confused.

26. One of Tony's friends asked what they had done wrong. Vecchio went to the front passenger seat, retrieved the plastic bag containing what appeared to be marijuana, held it up, and said, "What? What? Are you sorry?" Tony's friend responded that he was.

27. Vecchio walked around the back of the car and said to Fuentes, "They seem sorry to me," then instructed Tony's friends to move the car out of the tow zone.

28. Officer Fuentes responded, "Are you sure? Man, you're a nice guy."

29. Defendant Officers left the scene without initiating any charges or issuing a parking ticket.

30. Defendant Officers failed to provide a stop receipt as required by Chicago Police Department rules.

31. On information and belief, Defendant Officers failed to generate an Investigatory Stop Report as required by CPD rules.

32. Since this incident, Defendants Vecchio, Tohatan, and Fuentes have been relieved of their police powers due to multiple investigations into serious allegations of police misconduct.

33. Defendants Vecchio, Tohatan, and Fuentes already have extensive histories of sustained allegations of misconduct.

34. As a result of the foregoing, Tony was deprived of rights secured by the Fourth Amendment to the United States Constitution and by the laws of the State of Illinois.

## PRAYER FOR RELIEF

For the foregoing reasons, the Plaintiff TONY GARCIA RODRIGUEZ, prays for judgment against Defendants in a fair and reasonable amount, including compensatory and punitive damages, attorney fees and costs, and for any additional relief this Court deems just and proper.

## JURY DEMAND

The Plaintiff TONY GARCIA RODRIGUEZ, requests a trial by jury.

**DATED:** October 27, 2025

Respectfully submitted,
TONY GARCIA RODRIGUEZ

/s/ Jordan Marsh
*Attorney for the Plaintiff*

**LAW OFFICE OF JORDAN MARSH LLC**
33 North LaSalle Street Suite 2000
Chicago, IL 60602
(224) 220-9000
jordan@jmarshlaw.com