**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TONY GARCIA RODRIGUEZ,

Plaintiff,

v.

JOSEPH VECCHIO, NICU TOHATAN, MARIO FUENTES, AND CITY OF CHICAGO,

Defendants.

Case No. 25-cv-13109

***Jury Trial Demand***

## JOINT STATUS REPORT

Now comes Plaintiff Tony Garcia Rodriguez, by and through his undersigned counsel, and Defendants, Joseph Vecchio, Nicu Tohatan, Mario Fuentes, and City of Chicago, by and through their undersigned counsel, and present their Joint Status Report, and state as follows:

1. Plaintiff filed his complaint on October 27, 2025. (Dkt. 1.)

2. Defendants filed their answers to the complaint on February 18, 2026. (Dkts. 39-41.)

3. The parties have exchanged Rule 26(a)(1) initial disclosures.

4. Plaintiff propounded his first set of discovery requests to Defendants on March 2, 2026. Defendants requested an extension to send their responses, and they are now due on April 29, 2026.

5. Defendants Fuentes and Vecchio propounded their first set of discovery requests to Plaintiff on March 26, 2026. The City is named as indemnification only, consequently the City has not issued discovery at this time but reserves the right to do so should the need arise.

6. The parties have not engaged in formal settlement discussions but have scheduled a meet and confer for the week of March 30, 2026. The parties do not request a settlement conference at this time.

Respectfully submitted,

/s/ Krystal Robledo
*Attorney for the Plaintiff*

**Law Office of Jordan Marsh LLC**
33 North LaSalle Street Suite 2000
Chicago, IL 60602
(224) 220-9000
krystal@jmarshlaw.com

/s/ Steven Borkan
*Attorney for Defendant Vecchio*

**Borkan & Scahill Ltd.**
20 South Clark Street, Suite 1700
Chicago IL 60603
(312) 580-1030
sborkan@borkanscahill.com

/s/ Brian P. Gainer
*Attorney for Defendant, Nicu Tohatan, Mario Fuentes*

**Johnson & Bell Ltd.**
33 W. Monroe, Suite 2700
Chicago, IL 60602
(312) 372 0770
gainerb@jbltd.com

*/s/* Michael P. Sheehan
*Attorney for Defendant, City of Chicago*

**Taft Stettinius & Hollister LLP**
11 East Wacker Drive,
Suite 2600
Chicago, IL 60601
(312) 527 4000
msheehan@taftlaw.com

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2026, I served a copy of the foregoing JOINT STATUS REPORT on all counsel of record by filing the same on the Court's ECF system.

**/s/ Jordan Marsh**